Baldwin & Baldwin, Andalusia, for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.
Affirmed.

55 So.2d 926

**Herman LISBY v. STATE.**
**8 Div. 62.**

Court of Appeals of Alabama.
Nov. 27, 1951.

PRICE, Judge.
Affirmed.

56 So.2d 894

**Herman Andrew LISBY v. STATE.**
**8 Div. 41.**

Court of Appeals of Alabama.
Feb. 5, 1952.

C. E. Carmichael, Jr., Tuscumbia, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

52 So.2d 888

**Betty LOVE v. STATE.**
**8 Div. 918.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

52 So.2d 889

**Nep McDANIEL, alias McDonald v. STATE.**
**8 Div. 977.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

53 So.2d 895

**Sadie MARINO v. CITY OF BIRMINGHAM.**
**6 Div. 157.**

Court of Appeals of Alabama.
April 24, 1951.

Rehearing Denied May 15, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

HARWOOD, Judge.
Affirmed.

53 So.2d 895

**Sadie MARINO v. CITY OF BIRMINGHAM.**
**6 Div. 218.**

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.